■ CHARLES MELCHER, JR., Appellant, v DARRYL HANGGI, Respondent and Third-Party Plaintiff. SCOTT HULL, Doing Business as SCOTT HULL CONSTRUCTION COMPANY, Third-Party Defendant-Respondent. [604 NYS2d 865] —Order unanimously

affirmed without costs *(see, Damon v Starkweather,* 185 AD2d 633). (Appeal from Order of Supreme Court, Ontario County, Harvey, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.